UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated, | : : : | CIVIL ACTION NO. 3:18-cv-01538-RNC |
| Plaintiffs, | : : | |
| v. | : : | |
| FRONTIER COMMUNICATIONS CORPORATION, et al., | : : : | |
| Defendants. | : | OCTOBER 4, 2018 |

MOTION TO ADMIT SAMUEL D. BLOCK AS A VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.l(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Samuel D. Block be permitted to practice as a visiting attorney to represent Frontier Communications Corporation and The Retirement Investment & Administration Committee in the above-captioned action.

1. Mr. Block is an associate at the law firm of Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, sblock@mayerbrown.com, Tel: (312) 701-7422, Fax: (312) 706-8273.

2. Attached hereto as Exhibit A, and incorporated herein by reference, is a declaration, duly sworn and executed under penalty of perjury by Mr. Block, setting forth the information required under D. Conn. L. Civ. R. 83.l(d).

3. Pursuant to D. Conn. L. Civ. R. 83.l(d)(4), within 60 days of Mr. Block's admission as a visiting attorney, the undersigned attorney will file with the Clerk of the Court a certificate of good standing from the bar of the state in which Mr. Block has his primary office.

4. The undersigned will act as local counsel for Frontier Communications Corporation and The Retirement Investment & Administration Committee in these proceedings,

upon to which all pleadings and communications may be sent is as follows:

> Susan S. Murphy (ct25321)
> SHIPMAN & GOODWIN LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5216
> Smurphy2@goodwin.com

5.      The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Mr. Block to practice as a visiting attorney before this Court to represent Frontier Communications Corporation and The Retirement Investment & Administration Committee on all matters related to this action.

> DEFENDANTS,
> FRONTIER COMMUNICATIONS CORP.
> and THE RETIREMENT INVESTMENT &
> ADMINISTRATION COMMITTEE,
>
> By:   /s/Susan S. Murphy
>       Susan S. Murphy (ct25321)
>       SHIPMAN & GOODWIN LLP
>       One Constitution Plaza
>       Hartford, CT 06103
>       Tel: 860-251-5000
>       Fax: 860-251-5216
>       Smurphy2@goodwin.com

## CERTIFICATION OF SERVICE

      I hereby certify that on October 4, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                            /s/ Susan S. Murphy

7023776v1