UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated, | : : : | CIVIL ACTION NO. 3:18-cv-01538-RNC |
| Plaintiffs, | : : | |
| v. | : : | |
| FRONTIER COMMUNICATIONS CORPORATION, et al., | : : : | |
| Defendants. | : | OCTOBER 4, 2018 |

## DECLARATION OF SAMUEL D. BLOCK

I, Samuel D. Block, hereby declare:

1. I submit this declaration in support of the motion for my admission to practice as a visiting attorney in the above-captioned action as counsel for defendants Frontier Communications Corporation and The Retirement Investment & Administration Committee.

2. I am an Associate at the Law Firm of Mayer Brown LLP, 71 S. Wacker Drive, Chicago, IL 60606, sblock@mayerbrown.com, Tel: 312-701-7422, Fax: 312-706-8237.

3. The bar of each court of which I am or ever have been a member are as follows:

State of Illinois

United States District Court for the Northern District of Illinois

United States Court of Appeals for the Seventh Circuit (Bar No. 6323648)

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint(s) should proceed to a hearing.

5.  I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.  I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8.  The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

9.  In accordance with D. Conn. L. Civ. R. 83.1(d)(4), within 60 days of my admission as a visiting attorney, I will file with the Clerk of the Court a certificate of good standing from the bar of the state in which I have my primary office.

10. I designate my sponsoring attorney, Susan S. Murphy, a member of the firm of Shipman & Goodwin LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

11. I also specify Ms. Murphy as the attorney of record with an office in the District of Connecticut upon whom service of all papers shall also be made.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at _Chicago, Illinois_, this _4th_ day of October, 2018.

_____
Samuel D. Block

3