# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORP. THE RETIREMENT INVESTMENT & ADMINISTRATION COMMITTEE AND JOHN/JANE DOES 1-10,<br><br>*Defendants.* | Civil Action No. 3:18-cv-01538-RNC<br><br>Hon. Robert N. Chatigny |

## NOTICE OF APPEARANCE BY SAMUEL D. BLOCK

Please enter the appearance of the undersigned, Samuel D. Block of Mayer Brown LLP, on behalf of all defendants in this action.

Dated: October 15, 2018

By: /s/ *Samuel D. Block*

    Samuel D. Block (phv09773)
    Mayer Brown LLP
    71 South Wacker Drive
    Chicago, Illinois 60606-4637
    Email: sblock@mayerbrown.com
    Tel: (312) 701-7422
    Fax: (312) 706-8237

*Attorney for Frontier Communications Corp. the Retirement Investment & Administration Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Samuel D. Block*
Samuel D. Block