UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FRONTIER COMMUNICATIONS CORP. THE RETIREMENT INVESTMENT & ADMINISTRATION COMMITTEE AND JOHN/JANE DOES 1-10,<br><br>        Defendants. | Civil Action No. 3:18-cv-01538-RNC<br><br><br><br>January 11, 2019 |

**JOINT MOTION TO STAY DISCOVERY AND ALL OTHER DEADLINES SET FORTH IN THE ORDER ON PRE-TRIAL DEADLINES**

Plaintiff, Mary Reidt, and Defendants, Frontier Communications Corporation, the Retirement Investment & Administration Committee, and John/Jane Does 1-10, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4), hereby file this joint motion to stay discovery and all other deadlines set forth in the Order on Pre-Trial Deadlines ("Order"). (*See* ECF 2.) In support of this motion, the Parties submit the following:

    1.    On September 11, 2018, Plaintiff filed the present suit on behalf of herself and members of a purported class. (*See* ECF 1.)

    2.    On September 11, 2018, the Court entered a standard Order providing that "[f]ormal discovery. . . may not commence until the parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 16[.]" (*See* Order.) The Order further states that "[u]nless otherwise ordered, discovery shall be completed within 6 months after the latest of the following:

1

the filing of the complaint, the filing of a petition for removal, the transfer of an action from another District, or the ***appearance of the last defendant***." (*See* Order; emphasis added.) Also, "all motions for summary judgment shall be filed within 35 days after the deadline for completion of discovery." (*Id.*)

    3.    On October 4, 2018, Defendants appeared.

    4.    On October 4, 2018, Defendants moved for an extension of time, to a date set by the Court at the pre-filing conference, to respond to Plaintiff's Complaint. (*See* ECF 11.) Defendants outlined in their motion that they had spoken with Plaintiff's counsel regarding their intention to request a pre-filing conference in anticipation of filing a motion to dismiss and the Parties agreed that Defendants would file a letter requesting the pre-filing conference. (*See id.* at 2.)

    5.    On October 5, 2018, the Court granted Defendants' motion for extension of time and ordered that the pre-filing conference request was due on or before October 19, 2018. (ECF 16.)

    6.    On October 19, 2018, Defendants moved for a pre-filing conference. (*See* ECF 29.)

    7.    On November 2, 2018, Plaintiff responded to Defendants' motion. (*See* ECF 35.)

    8.    Currently, the deadline by which the Parties must complete discovery is April 4, 2019 and dispositive motions must be filed by May 9, 2019.

    9.    To date, the Court has not ruled on Defendants' request for a pre-filing conference.

    10.    Fed. R. Civ. P. 16(b)(4) states "*Modifying a Schedule*. A schedule may be modified only for good cause and with the judge's consent." Similarly, Fed. R. Civ. P. 26(c) outlines that a district court may stay discovery deadlines upon a showing of "good cause." *See Thrower v. Pozzi*, 2002 WL 91612 at *7 (S.D.N.Y. Jan. 24, 2002) (quoting *Siemens Credit Corp. v. American Transit*

*Ins. Co.*, 2000 WL 534497, at *1 (S.D.N.Y. May 3, 2000)). Courts have stayed pre-trial deadlines when doing so would be in the Parties' and Court's best interests. *See Cuartero v. United States*, No. 3:05CV1161 RNC, 2006 WL 3190521, at *3 (D. Conn. Nov. 1, 2006) (finding "that there is good cause for staying discovery… [because] [p]ermitting discovery to proceed would be unduly burdensome to the defendant and would be inefficient for both parties… [and] would also be likely to result in additional motion practice[.]").

11. In the present case, there is good cause for staying the current deadlines provided in the Order and a brief stay of the deadlines is in the best interest of the Parties and the Court.

12. Modification of the current deadlines would promote judicial economy by allowing the Court to focus on resolving the issues raised in Defendants' motion for pre-filing conference without distraction.

13. Further, modification of the current deadlines would limit litigation costs to all parties during the early stages of litigation (e.g., preparing and responding to discovery requests; document collection, production, and review; meeting and conferring regarding discovery disputes; etc.).

14. This Motion is being filed in good faith and not for the purposes of delay.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court enter an Order granting the Parties' joint motion to stay until: (1) the Court rules on Defendants' pre-filing conference; (2) the Court resolves any motion to dismiss; and (3) the Parties confer pursuant to Rule 26(f). Following the Rule 26(f) conference, the Parties will submit a proposed pretrial schedule.

DATED: January 11, 2019

/s/ Nancy G. Ross
Nancy G. Ross (ct14373)
Samuel D. Block (phv09773)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711 fax
nross@mayerbrown.com
sblock@mayerbrown.com

Brian D. Netter (phv08476)
Andrew A. Lyons-Berg (phv09770)
MAYER BROWN LLP
1999 K Street NW
Washington, D.C. 20006-1101
(202) 263-3000
(202) 263-3300 fax
bnetter@mayerbrown.com
alyons-berg@mayerbrown.com

Susan S. Murphy (ct25321)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000
(860) 251-5216 fax
smurphy@goodwin.com

*Attorneys for Defendants*

Respectfully submitted,

/s/ *Mark P. Kindall*
Mark P. Kindall (ct13797)
Robert A. Izard (ct01601)
Douglas P. Needham (ct29433)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com
mkindall@ikrlaw.com
dneedham@ikrlaw.com


Gregory Y. Porter (to be admitted *pro hac vice*)
Mark G. Boyko (to be admitted *pro hac vice*)
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on January 11, 2019, I caused a true and correct copy of the foregoing document to be served electronically on all counsel of record registered for electronic service for this case.

Executed this 11th day of January 2019 at West Harford, Connecticut.

                                          */s/ Mark P. Kindall*
                                    Mark P. Kindall (ct13797)