IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, et al.,<br><br>    *Defendants*. | Civil Action No. 3:18-cv-01538-RNC<br><br>Hon. Robert N. Chatigny |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), Defendants Frontier Communications Corporation and the Retirement Investment & Administration Committee respectfully move to dismiss Plaintiff's Complaint with prejudice for lack of jurisdiction, for failure to state a claim upon which relief can be granted, and pursuant to the applicable statute of repose, 29 U.S.C. § 1113.

This motion is based upon the supporting memorandum of law, the accompanying request for judicial notice, and the exhibits attached thereto.

Dated: April 19, 2019

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
  bnetter@mayerbrown.com
Andrew A. Lyons-Berg
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

ORAL ARGUMENT REQUESTED

Nancy G. Ross
Samuel P. Myler
Samuel Block
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Susan S. Murphy
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (850) 251-5000

*Attorneys for Defendants*

ORAL ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: */s/ Brian D. Netter*
Brian D. Netter