IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, et al.,<br><br>   *Defendants*. | Civil Action No. 3:18-cv-01538-RNC<br><br><br>Hon. Robert N. Chatigny |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned, Andrew A. Lyons-Berg, respectfully moves to withdraw his appearance in this case for Defendants, as the undersigned will leave the firm of Mayer Brown LLP on June 7, 2019. Following the grant of this motion, Defendants will continue to be represented by other counsel of record, and Defendants have been served a copy of this motion in the manner required by Local Rule 7(e).

Dated: June 7, 2019

Nancy G. Ross
Samuel P. Myler
Samuel Block
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Susan S. Murphy
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (850) 251-5000

Respectfully submitted,

*/s/ Andrew A. Lyons-Berg*
Brian D. Netter
 bnetter@mayerbrown.com
Andrew A. Lyons-Berg
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that, on June 7, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

                                                 By:  */s/ Andrew A. Lyons-Berg*
                                                         Andrew A. Lyons-Berg