IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, et al.,<br><br>   *Defendants*. | Civil Action No. 3:18-cv-01538-RNC<br><br>Hon. Robert N. Chatigny |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF
REGARDING ADDITIONAL AUTHORITY SUPPORTING
THE MOTION TO DISMISS [DKT. 43]**

Defendants respectfully move for leave to file a supplemental brief addressing *Usenko v. MEMC LLC*, 926 F.3d 468 (8th Cir. 2019), *petition for cert. filed*, No. 19-460 (U.S. Oct. 7, 2019), which was decided after briefing on Defendants' motion to dismiss was complete. In *Usenko*, the Eighth Circuit affirmed the dismissal of a complaint alleging that 401(k) plan fiduciaries had breached the duty of prudence by failing to divest the plan's holdings of the former plan sponsor's stock after a corporate spin-off transaction. The decision in *Usenko* bears on Defendants' pending motion to dismiss, for the reasons articulated in the proposed supplemental brief, a copy of which is attached as an exhibit to this motion.

Wherefore, Defendants' motion for leave to file a supplemental brief should be granted.

Dated: October 23, 2019

Nancy G. Ross
Samuel P. Myler
Samuel Block
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Patrick M. Fahey
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (850) 251-5000

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
   bnetter@mayerbrown.com
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By:   /s/ *Brian D. Netter*
       Brian D. Netter