UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, et al.,<br><br>   *Defendants*. | Civil Action No. 3:18-cv-01538-RNC |

### NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY FOR FRONTIER COMMUNICATIONS CORPORATION, ET AL., AND AUTOMATIC STAY OF THESE PROCEEDINGS

PLEASE TAKE NOTICE that, on April 14, 2020, Frontier Communications Corporation and its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 ("Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Robert D. Drain, United States Bankruptcy Judge, and joint administration has been requested under the lead case *In re Frontier Communications Corporation, et al.*, Case No. 20-22476 (RDD) (collectively, the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Frontier Communications Corporation, is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been

commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay with respect to the above-captioned case.

PLEASE TAKE FURTHER NOTICE that pleadings filed in the Chapter 11 Cases may be obtained free of charge by visiting the website of Debtors' noticing and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/ftr.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein.

Dated: April 15, 2020

Nancy G. Ross
Samuel P. Myler
Samuel Block
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Patrick M. Fahey
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
 bnetter@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-330

*Attorneys for Defendants*