UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, et al.,<br><br>      *Defendants*. | Civil Action No. 3:18-cv-01538-RNC |

## JOINT STATUS REPORT

Pursuant to the order of the Court dated March 31, 2021, the parties jointly submit this status report.

The complaint in this action (Dkt. 1) was filed on September 11, 2018. On April 19, 2019, defendants Frontier Communications Corp. et al. filed a motion to dismiss (Dkt. 43). The Court heard argument on the motion on November 6, 2019 (Dkt. 63), and took the motion under submission. The motion remained under submission when, on April 14, 2020, Frontier Communications Corp. and its subsidiaries filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. *See In re Frontier Communications Corp.*, No. 20-22476 (Bankr. S.D.N.Y.).

Pursuant to section 362(a) of the Bankruptcy Code, the filing of the voluntary petitions for relief gave rise to an automatic stay of lawsuits to recover claims against the debtors. No order has been entered in the Chapter 11 Cases granting relief from the automatic stay with respect to the above-captioned case. The bankruptcy action remains pending. The debtors have advised the Bankruptcy Court that they anticipate that the debtors will emerge from chapter 11

after the California Public Utilities Commission grants its required regulatory approval. The Commission is scheduled to address the debtors' application for approval at its meeting on April 15, 2021.

On March 31, 2021, this Court denied defendants' motion to dismiss without prejudice to reinstating the motion following the lifting of the bankruptcy stay (Dkt. 75). Within fourteen days after the stay is lifted, defendants will give notice of such fact to this Court and will request the reinstatement of their motion to dismiss.

| | |
|---|---|
| Dated: April 8, 2021 | Respectfully submitted, |
| */s/ Mark P. Kindall (with permission)* <br> Robert A. Izard (ct01601) <br> Mark P. Kindall (ct13797) <br> Douglas P. Needham (ct29433) <br> IZARD, KINDALL & RAABE, LLP <br> 29 South Main Street, Suite 305 <br> West Hartford, CT 06107 <br> (860) 493-6292 <br> (860) 493-6290 fax <br> rizard@ikrlaw.com <br> mkindall@ikrlaw.com <br> dneedham@ikrlaw.com <br><br> Gregory Y. Porter (to be admitted *pro hac vice*) <br> Mark G. Boyko (to be admitted *pro hac vice*) <br> BAILEY & GLASSER LLP <br> 1054 31st Street, NW, Suite 230 <br> Washington, DC 20007 <br> (202) 463-2101 <br> (202) 463-2103 fax <br> gporter@baileyglasser.com <br> mboyko@baileyglasser.com <br><br> *Attorneys for Plaintiff* | */s/ Brian D. Netter* <br> Brian D. Netter <br> bnetter@mayerbrown.com <br> MAYER BROWN LLP <br> 1999 K Street NW <br> Washington, DC 20006-1101 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br><br> Nancy G. Ross <br> Samuel P. Myler <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, Illinois 60606-4637 <br> Telephone: (312) 782-0600 <br><br> Patrick M. Fahey <br> SHIPMAN & GOODWIN LLP <br> One Constitution Plaza <br> Hartford, CT 06103-1919 <br> Telephone: (860) 251-5000 <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

    /s/ Brian D. Netter
    Brian D. Netter
    MAYER BROWN LLP
    1999 K St NW
    Washington, DC 20006
    (202) 263-3339 (tel.)