UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated, | : : : : | CIVIL ACTION NO. 3:18-cv-01538-RNC |
| Plaintiffs, | : : | |
| v. | : : | |
| FRONTIER COMMUNICATIONS CORPORATION, et al., | : : : | |
| Defendants. | : | May 5, 2021 |

## MOTION TO ADMIT REGINALD R. GOEKE AS A VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.l(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Reginald R. Goeke be permitted to practice as a visiting attorney to represent Frontier Communications Corporation and The Retirement Investment & Administration Committee in the above-captioned action.

1. Mr. Goeke is a partner at the law firm of Mayer Brown LLP, 1999 K Street, NW, Washington, D.C. 20006. His contact information is as follows: rgoeke@mayerbrown.com, tele.: 202-263-3241, fax: 202-263-5241.

2. Attached hereto as Exhibit A, and incorporated herein by reference, is a declaration, duly sworn and executed under penalty of perjury by Mr. Goeke, setting forth the information required under D. Conn. L. Civ. R. 83.l(d).

3. Pursuant to D. Conn. L. Civ. R. 83.l(d)(4), within 60 days of Mr. Goeke's admission as a visiting attorney, a certificate of good standing from the bar of the state in which he has his primary office will be filed with the Clerk of the Court.

4. The undersigned will act as local counsel for Frontier Communications Corporation and The Retirement Investment & Administration Committee in these proceedings. All pleadings and communications may be sent to the following:

>Patrick M. Fahey
>SHIPMAN & GOODWIN LLP
>One Constitution Plaza
>Hartford, CT 06103
>Tel (860) 251-5824
>Fax (860) 251-5219
>pfahey@goodwin.com

5. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Mr. Goeke to practice as a visiting attorney before this Court to represent Frontier Communications Corporation and The Retirement Investment & Administration Committee on all matters related to this action.

>DEFENDANTS,
>FRONTIER COMMUNICATIONS CORP.
>and THE RETIREMENT INVESTMENT &
>ADMINISTRATION COMMITTEE,
>
>By:   /s/ *Patrick M. Fahey*
>
>Patrick M. Fahey
>SHIPMAN & GOODWIN LLP
>One Constitution Plaza
>Hartford, CT 06103
>Tel (860) 251-5824
>Fax (860) 251-5219
>pfahey@goodwin.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated, | : : : : | CIVIL ACTION NO. 3:18-cv-01538-RNC |
| Plaintiffs, | : : | |
| v. | : : | |
| FRONTIER COMMUNICATIONS CORPORATION, et al., | : : : | |
| Defendants. | : | MAY 4, 2021 |

### DECLARATION OF REGINALD R. GOEKE

I, Reginald R. Goeke, hereby declare:

1. I submit this declaration in support of the motion for my admission to practice as a visiting attorney in the above-captioned action as counsel for defendants Frontier Communications Corporation and The Retirement Investment & Administration Committee.

2. I am a partner at the Law Firm of Mayer Brown LLP, 1999 K Street, NW, Washington, D.C. 20006. My contact information is rgoeke@mayerbrown.com, tele.: 202-263-3241, fax: 202-263-5241.

3. I am a member in good standing of the following State and Federal Bars:

> The State of New York (Bar No. 2700367); the District of Columbia (Bar No. 453613); U.S. Supreme Court (Bar No. 297084); U.S. District Court for the District of Columbia (Bar No. 453613); U.S. District Court for the District of Maryland (Bar No. 13527); U.S. Court of Appeals for the First Circuit (Bar No. 114736); U.S. Court of Appeals for the Fourth Circuit; U.S. Court of Appeals for the Federal Circuit; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York; and U.S. District Court for the Western District of New York.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint(s) should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

9. In accordance with D. Conn. L. Civ. R. 83.l(d)(4), within 60 days of my admission as a visiting attorney, I will file with the Clerk of the Court a certificate of good standing from the bar of the state in which I have my primary office.

10. I designate my sponsoring attorney, Patrick Fahey, a member of the firm of Shipman & Goodwin LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

11. I also specify Mr. Fahey as the attorney of record with an office in the District of Connecticut upon whom service of all papers shall also be made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, DC, this 4th day of May 2021.

_____
Reginald R. Goeke