UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY REIDT, on behalf of the Frontier Communications 401(k) Savings Plan and all others similarly situated, | |
| *Plaintiff*, | Civil Action No. 3:18-cv-01538-RNC |
| v. | |
| FRONTIER COMMUNICATIONS CORPORATION, et al., | September 10, 2024 |
| *Defendants*. | |

## JOINT STATUS REPORT

Pursuant to the order of the Court dated June 10, 2024, the Parties jointly submit this status report.

The complaint in this action (Dkt. 1) was filed on September 11, 2018. On April 19, 2019, Defendants Frontier Communications Corp. et al. filed a motion to dismiss. (Dkt. 43). The Court heard argument on the motion on November 6, 2019 (Dkt. 63), and took the motion under submission. The motion remained under submission when, on April 14, 2020, Frontier Communications Corp. and its subsidiaries filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. *See In re Frontier Communications Corp.*, No. 20-22476 (Bankr. S.D.N.Y.). Pursuant to section 362(a) of the Bankruptcy Code, the filing of the voluntary petitions for relief gave rise to an automatic stay of lawsuits to recover claims against the debtors.

On March 31, 2021, this Court denied Defendants' motion to dismiss without prejudice, to reinstating the motion following the lifting of the bankruptcy stay. (Dkt. 75). The Court's Order directed Defendants to provide notice to the Court when the automatic stay was lifted. In accordance with this Order, on May 13, 2021, Defendants notified the Court that the automatic

stay had been lifted and moved for the Court to reinstate their prior Motion to Dismiss the Complaint. (Dkt. 83). Defendants further requested that the Court permit the Parties to file supplemental briefing concerning relevant court rulings issued during the pendency of the stay. (*Id.*). The Court granted Defendants' motion on May 14, 2021, and ordered the Parties to file their supplemental briefs by no later than June 4, 2021. (Dkt. 84). The Parties filed their supplemental briefs on the specified date. (Dkt. 88 and 89). Since filing their supplemental briefs, Plaintiff has filed several Notices of Additional Authority (Dkts. 96, 102, 111) to which Defendants have responded (Dkts. 101, 107, 114).

As discovery in the case was suspended pending the Court's Motion to Dismiss ruling (*see* Dkt. 36 and 37), the Parties have taken no further action since filing the prior joint status report on June 10, 2024 (Dkt. 134).

Dated: September 10, 2024

Respectfully submitted,

*/s/ Robert A. Izard*
Robert A. Izard (ct01601)
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
rizard@ikrlaw.com

Gregory Y. Porter
Mark G. Boyko
BAILEY & GLASSER LLP
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com

*Attorneys for Plaintiff*

*/s/ Nancy G. Ross*
Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600
nross@mayerbrown.com

Reginald R. Goeke
Michelle N. Webster
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rgoeke@mayerbrown.com
mwebster@mayerbrown.com

Calvin K. Woo (ct24497)
Kristen G. Rossetti (ct30503)
VERRILL DANA LLP
355 Riverside Avenue
Westport, CT 06880
Telephone: (203) 222-0885
Facsimile:  (203) 226-8025
cwoo@verrill-law.com
krossetti@verrill-law.com

*Attorneys for Defendants*